**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Deandre Eugene Childers, | ) | No. CV 09-1032-PHX-MHM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph Arpaio, | ) | |
| Defendant. | ) | |

Plaintiff, Deandre Eugene Childers, filed his Civil Rights Complaint on May 13, 2009. On June 29, 2009, this Court issued an order advising Plaintiff to complete and return a service packet for Defendant by July 20, 2009. The Court notes that Plaintiff's mail has been returned by the Post Office indicating Plaintiff is no longer in custody.

On August 31, 2009, the Magistrate Judge filed his Report and Recommendation recommending that this case be dismissed without prejudice for Plaintiff's failure to comply with Fed. R. Civ. P. 41(b).

After a complete and independent review, the Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court [doc. 10].

IT IS FURTHER ORDERED dismissing this case without prejudice for failure to prosecute.

1 | IT IS FURTHER ORDERED directing the Clerk to enter Judgment accordingly.
2 | DATED this 2nd day of November, 2009.

_____
Mary H. Murguia
United States District Judge